IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Action No.: 0:10-cv-60093-Lenard-Turnoff

JRT Company Corp., )
*a Florida corporation*, )
                                                 )
           *Plaintiff*, )
                                                 )
v. )
                                                 )
Polymer Solutions International, Inc., )
*a New Jersey corporation*, )
                                                 )
           *Defendant.* )
_____)

## STIPULATION OF DISMISSAL

AND NOW, this _____ day of _____, 2011, the parties having entered into a Settlement Agreement, it is hereby ORDERED, subject to the provisions of the aforesaid Settlement Agreement, that

1. all claims, counterclaims and defenses are dismissed with prejudice; and
2. each party shall bear its own costs and attorney's fees.

**DONE AND ORDERED** this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

SO STIPULATED:

This 7th day of April, 2011.

Attorneys for Defendant

By: _____
Samuel Olds Patmore, Esq.
Florida Bar No. 0096432
Email: spatmore@stearnsweaver.com
Jay Brian Shapiro, Esq.
Florida Bar No. 776361
Email: jshapiro@stearnsweaver.com
Stearns Weaver Miller Weissler
Alhadeff & Sitterson
Museum Tower
150 W Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3229
Facsimile: (305) 789-3395

Benjamin E. Leace, Esq. (*Pro Hac Vice*)
Email: beleace@ratnerprestia.com
Andrew J. Koopman, Esq. (*Pro Hac Vice*)
Email: akoopman@ratnerprestia.com
RatnerPrestia
1235 Westlakes Drive
Suite 301
Berwyn, PA 19312
Telephone: (610) 407-0700
Facsimile: (610) 407-0701

Attorneys for Plaintiff

By: _____
Barry L. Haley, Esq.
Florida Bar No. 123351
Email: blh@mhdpatents.com
Malin Haley DiMaggio
Bowen & Lhota, P.A.
1936 South Andrews Avenue
Fort Lauderdale, Florida 33316
Telephone: (954) 763-3303
Facsimile: (954) 522-6507

1199173